**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

CHARLES E. JACKSON,

           **Petitioner,**

      **v.**                    **Case No. 26-CV-362**

DAISY CHASE,

           **Respondent.**

**ORDER**

On March 5, 2026, the court received a voluminous petition for a writ of habeas corpus from Charles E. Jackson wherein he combined his petition, brief in support, and extensive appendices into essentially one document. In doing so, Jackson deviated significantly from the standard form that all petitioners must use. *See* Civ. L.R. 9(a)(1). As a result, the court was unable to confidently discern what specific claims he was attempting to make and therefore was unable to effectively comply with its obligation under Rule 4 of the Rules Governing Section 2254 Cases.

Accordingly, the court on April 6, 2026, ordered Jackson to file an amended petition using the court's standard form and only the court's standard form within 28 days. The court provided Jackson a copy of the court's standard form. The court explicitly warned Jackson, "Failure to submit an amended petition may result in the dismissal of this action." (ECF No. 4 at 2.)

Jackson has failed to file an amended complaint. Accordingly, Jackson's petition and this action are dismissed without prejudice pursuant to Civil Local Rule 41(c). The Clerk shall enter judgment accordingly.

Dated at Green Bay, Wisconsin this 18th day of May, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge